E-filing

*[FILED stamp: MAR 17 PM 3:22, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jeff Hawkins
   Plaintiff,
vs.
R. Horal et, al,.  Defendant.
   warden

CASE NO. CV 08 1482 MHP

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

**(PR)**

I, __Jeff Hawkins__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___   No _x_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __none__   Net: __none__

Employer: __NA__

__NA__

28. If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____   - 1 -

9

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____NA_____
4  _____NA_____
5  _____NA_____
6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8      a.   Business, Profession or              Yes ___ No _x_
9           self employment
10     b.   Income from stocks, bonds,           Yes ___ No _x_
11          or royalties?
12     c.   Rent payments?                       Yes ___ No _x_
13     d.   Pensions, annuities, or              Yes ___ No _x_
14          life insurance payments?
15     e.   Federal or State welfare payments,   Yes ___ No _x_
16          Social Security or other govern-
17          ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20     _____none_____
21     _____none_____
22 3.   Are you married?                         Yes ___ No _x_
23 Spouse's Full Name: ___none_____
24 Spouse's Place of Employment: ___none_____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $__0_____     Net $__0_____
27 4.   a.   List amount you contribute to your spouse's support : $ _0_____
28      b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 2 -

1     and indicate how much you contribute toward their support. (NOTE: For minor
2     children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3     _____A.N.M. age 14_____
4     _____none_____
5   5.   Do you own or are you buying a home?   Yes ____ No _x_
6   Estimated Market Value: $__0_____ Amount of Mortgage: $___0_____
7   6.   Do you own an automobile?   Yes ____ No ____
8   Make __NA_____ Year __NA_____ Model __NA_____
9   Is it financed? Yes _____ No _x_ If so, Total due: $ __0_____
10   Monthly Payment: $ __0_____
11   7.   Do you have a bank account? Yes ____ No _x_ (Do not include account numbers.)
12   Name(s) and address(es) of bank: __NA_____
13   _____NONE_____
14   Present balance(s): $ __0_____
15   Do you own any cash? Yes ____ No _x_ Amount: $ 0_____
16   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17   market value.) Yes ____ No _x_
18   ___none_____
19   8.   What are your monthly expenses?
20   Rent: $ _0_____ Utilities: ___none_____
21   Food: $ 0_____ Clothing: ___none_____
22   Charge Accounts:
23   <u>Name of Account</u>     <u>Monthly Payment</u>     <u>Total Owed on This Acct.</u>
24   __none_____   $ _0_____   $ _0_____
25   __none_____   $ _0_____   $ _0_____
26   __none_____   $ _0_____   $ _0_____
27   9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28   they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____     - 3 -

1 |    n o n e

2 |    n o n e

3 | 10.   Does the complaint which you are seeking to file raise claims that have been presented in

4 | other lawsuits?                        Yes ___  No _x_

5 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6 | they were filed.

7 |    N A

8 |    N A

9 |       I consent to prison officials withdrawing from my trust account and paying to the court the

10 | initial partial filing fee and all installment payments required by the court.

11 |       I declare under the penalty of perjury that the foregoing is true and correct and understand

12 | that a false statement herein may result in the dismissal of my claims.

14 | _3-9-08_                             [signature]

15 | DATE                                SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____            - 4 -

12

1
2  Case Number: _____
3
4
5
6
7
8
9  CERTIFICATE OF FUNDS
10  IN
11  PRISONER'S ACCOUNT
12
13  I certify that attached hereto is a true and correct copy of the prisoner's trust account
14  statement showing transactions of  Jeff Hawkins  for the last six months at
15  [prisoner name]
16  Pelican Bay State Prison  where (s)he is confined.
17  [name of institution]
18  I further certify that the average deposits each month to this prisoner's account for the most
19  recent 6-month period were $ _____ and the average balance in the prisoner's account
20  each month for the most recent 6-month period was $ _____.
21
22  Dated: 3.9.08           BR Hudson  c/o
23  [Authorized officer of the institution]
24
25
26
27
28

- 5 -

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Jeff A. Hawkins  F18885</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.00</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.00</u>.     (20%= $0.00)

Dated: 2/20/08                                     _____
                                                             Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 2-20-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 20, 2008

ACCOUNT NUMBER : F18885                     BED/CELL NUMBER: AF06U 000000205U
ACCOUNT NAME   : HAWKINS, JEFF A.            ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

CURRENT AVAILABLE BALANCE
0.00

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 2-20-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] TRUST OFFICE