UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF A. HAWKINS,<br><br>    Petitioner,<br><br>  v.<br><br>R. HOREL, warden,<br><br>    Respondent.<br>_____ / | No. C 08-1482 MHP (pr)<br><br>**ORDER** |

    Due to a clerical oversight, the July 18, 2008 order to show cause was not served on respondent and the briefing deadlines therein have passed. To remedy this problem, the court now orders:

    1.    The clerk shall serve by certified mail a copy of this order, the order to show cause, the petition and all attachments thereto upon respondent and respondent's attorney, the Attorney General of the State of California.

    2.    The briefing schedule in the order to show cause is vacated and replaced with the following briefing schedule: Respondent must file and serve his answer on or before **January 16, 2009**. Petitioner must file and serve his traverse on or before **February 20, 2009**.

    IT IS SO ORDERED.

DATED: November 18, 2008

                                                      Marilyn Hall Patel<br>                                                      United States District Judge